UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL    **JS6**

| | |
|---|---|
| Case No. **CV 17-8738-TJH(MRWx)** | Date FEBRUARY 7, 2022 |

Title   Israel Baron v. Tetragon, Ltd. et al

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with the Court on December 4, 2017. On August 20, 2021, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

Plaintiff was to respond to the Court's Order to Show Cause no later than September 30, 2021.

As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

cc: all parties